Neal G. Jensen
Assistant United States Trustee
Office of United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59403
Phone (406) 761-8777
Fax    (406) 761-8895
neal.g.jensen@usdoj.gov
State Bar No. 738
(Attorney for United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re | ) | Case No. 14-61111-7 |
| | ) | |
| NITTY GRITTY DIRT, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

_____

MOTION TO DISMISS; AND NOTICE
_____

Acting United States Trustee Gail Brehm Geiger ("UST"), through her counsel, Neal G. Jensen, pursuant to Rule 1017, F.R.B.P. and Mont. LBR 1017-1(a), respectfully moves the Court to dismiss the above-entitled case on the following ground:

Debtor is a limited liability company.  The petition commencing this case was signed by Steven L. Cavanaugh, as President of the debtor LLC.  The petition was not signed by an attorney and no attorney has entered an appearance on behalf of the debtor.  It is well-settled that a corporation or LLC, as a legal entity, has no ability to file or prosecute a bankruptcy case "pro se" and must appear through an attorney.  *See, e.g., Rowland v. California Men's Colony*, 506 U.S. 194, 113 S. Ct. 716, 721, 121 L.Ed.2d 656 (1993) ("a corporation may appear in the federal courts only through licensed counsel"); *Licht v. America West Airlines, Inc.*, 40 F.3d 1058, 1059

-1-

(9th Cir. 1994) ("corporations... must appear in court through an attorney"); *Spencer C. Young Invs*. 2009 WL 901654 (Bankr. M.D.N.C. 2009); and *In re A's, Inc.*, 2009 WL 3571247 (Bankr. D. Idaho 2009). This prohibition is also recognized in this Court's local rules at Mont. LBR 1074-1.

WHEREFORE, the Court is requested to order the dismissal of this case unless the debtor immediately retains counsel authorized to practice before this Court.

DATED this 24th day of September, 2014.

                GAIL BREHM GEIGER
                ACTING UNITED STATES TRUSTEE
                REGION 18

                By: /s/ Neal G. Jensen
                     NEAL G. JENSEN
                     Assistant United States Trustee
                     Attorney for United States Trustee

_____

### NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING
_____

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

        **NOTICE OF HEARING**
        **Date:_____**
        **Time:_____**
        **Location:_____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this 24th day of September, 2014.

/s/ Neal G. Jensen
NEAL G. JENSEN

CERTIFICATE OF MAILING

I, the undersigned, Neal G. Jensen, Assistant United States Trustee, do hereby certify under penalty of perjury that a copy of the within and foregoing Motion to Dismiss, and Notice was sent by first class mail postage prepaid on the 24th day of September, 2014, at Great Falls, Montana, and directed to the following:

Nitty Gritty Dirt, LLC
143 Price Road
Three Forks, MT 59752

/s/ Neal G. Jensen
NEAL G. JENSEN